THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Marcus Kirk, Appellant.
 
 
 

Appeal From Spartanburg County
 Roger L. Couch, Circuit Court Judge

Unpublished Opinion No. 2008-UP-512
 Submitted September 2, 2008  Filed
September 8, 2008

AFFIRMED

 
 
 
 Appellate
 Defender Lanelle C. Durant, South Carolina Commission on Indigent Defense,
 Division of Appellate Defense, of Columbia, for Appellant.
  J. Benjamin Aplin, Legal Counsel, South Carolina Department of
 Probation, Parole and Pardon Services,  of Columbia, for Respondent.
 
 
 

PER CURIAM:  Marcus Kirk appeals the circuit courts
 ordering global positioning satellite (GPS) electronic monitoring for the
 remainder of his life due to his probation violation.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following authorities:  section 23-3-540(D) of the South Carolina Code (Supp.
 2006) (providing the court may order a person who is required to register because of a guilty plea
 to criminal sexual conduct with a minor, second degree, and who violates a term of probation be monitored by
 a electronic monitoring device); section
 23-3-540(H) of the South Carolina Code (Supp. 2006) (providing the person shall be monitored by the Department of
 Probation, Parole and Pardon Services with an active electronic monitoring
 device for the duration of the time the person is required to remain on the sex
 offender registry and may petition for release beginning ten years from the
 date the person began to be electronically monitored).
AFFIRMED.
SHORT,
THOMAS and PIEPER, JJ., concur.

[1] We decide this case
without oral argument pursuant to Rule 215, SCACR.